IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MELVIN CEDENO, | ) | |
| | ) | |
| | ) | NO. 3:23-cv-00876 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| RYAN UPCHURCH, et al., | ) | MAGISTRATE JUDGE HOLMES |

## ORDER

The Court has been advised that this action is settled. (Doc. No. 40). On or before March 13, 2025, the parties shall submit a proposed agreed order of compromise and dismissal or stipulation of dismissal. Absent the aforementioned filing or other filing, this case will be dismissed with prejudice on March 13, 2025. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE